MAIER SHOCH LLP
ERIC R. MAIER, SBN 182808
1001 Hermosa Avenue, Suite 206
Hermosa Beach, California 90254
Telephone: (310) 994-9480
Facsimile:  (310) 496-0985

SHERMAN & HOWARD, L.L.C.
TAMIR GOLDSTEIN, (*pro hac vice pending*)
JOSEPH C. DANIELS*, (pro hac vice pending)*
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Telephone: (303) 297-2900
Facsimile:  (303) 298-0940

Attorneys for Defendants ART CORPORATE
SOLUTIONS, INC.; ACTIVE RELEASE TECHNIQUES, LLC; and
P. MICHAEL LEAHY

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASILI GATSINARIS, D.C., an individual; GATSINARIS CHIROPRACTIC, INC. a California corporation; AMERICAN CORPORATE HEALTH, LLC, a California limited liability company,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ART CORPORATE SOLUTIONS, INC.; ACTIVE RELEASE TECHNIQUES, LLC; P. MICHAEL LEAHY, an individual; and DOES 1 through 25, inclusive<br><br>                    Defendants. | Case No. 15-741<br><br>**DEFENDANTS' NOTICE OF REMOVAL**<br><br>[Declarations of P. Michael Leahy and Joseph C. Daniels filed concurrently] |

Maier Shoch LLP

LITIGATION/4467691.1

Defendants ART Corporate Solutions, Inc., Active Release Techniques, LLC (referred to in the state court caption as ART LLC) and P. Michael Leahy (collectively "Defendants"), file this Notice of Removal against Plaintiffs Vasili Gatsinaris, D.C., Gatsinaris Chiropractic, Inc. and American Corporate Health, LLC as follows:

## I.    PROCEDURAL BACKGROUND, COMMENCEMENT, AND SERVICE

1.    Plaintiffs initiated the underlying lawsuit in California Superior Court by filing their Complaint on April 28, 2015 in the Superior Court of the State of California, County of Orange, styled Case No. 30-2015-00784684-CU-BT-CJC, *Vasili Gatsinaris, D.C., Gatsinaris Chiropractic, Inc., and American Corporate Health, LLC. v. ART Corporate Solutions, Inc.; ART LLC; P. Michael Leahy, and Does 1 through 25, inclusive. See* Exhibit B (Complaint).

2.    Defendants were served with the Complaint on May 4, 2015. *See* Declaration of P. Michael Leahy ("Leahy Decl."), ¶ 4.

3.    This Notice of Removal is filed within thirty days of the receipt of service of process of the Complaint.  This Notice of Removal is therefore timely.

## II.    GROUNDS FOR REMOVAL

4.    Defendants are entitled to remove this state court action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because it is a civil action involving an amount in controversy exceeding $75,000 between parties of diverse citizenship.

Maier Shoch LLP

2

LITIGATION/4467691.1

## III.   DIVERSITY OF CITIZENSHIP

5.     This is an action with complete diversity of citizenship between Plaintiffs and Defendants.

6.     Plaintiff Vasili Gatsinaris, D.C. ("Dr. Gatsinaris") is an individual who is a resident of the State of California.  *See* Exhibit B (Complaint), ¶ 1.

7.     Plaintiff Gatsinaris Chiropractic Inc. ("Gatsinaris Chiropractic") is a California corporation with its principal place of business in Irvine, California.  *See* Exhibit B (Complaint), ¶ 2.

8.     Plaintiff American Corporate Health, LLC ("ACH") is California limited liability company with its principal place of business in Irvine, California.  *See* Exhibit B (Complaint), ¶ 3.  The only member of ACH is Dr. Gatsinaris, a California resident. *See* Declaration of Joseph C. Daniels, Exh. A (Deposition of Vasili Gatsinaris), p. 58.

9.     Defendant ART Corporate Solutions, Inc. ("ARTCS") is a Colorado corporation with its principal place of business in Colorado Springs, Colorado.  *See* Exhibit B (Complaint), ¶ 4; Leahy Decl., ¶ 2.

10.     Defendant Active Release Techniques, LLC ("ART LLC") is a Colorado limited liability company with its principal place of business in Colorado Springs, Colorado.  *See* Exhibit B (Complaint), ¶ 5; Leahy Decl., ¶ 3.  The members of ART LLC are Dr. Michael Leahy and Patricia A. Leahy, both of whom are residents of the State of Colorado.  *See* Leahy Decl., ¶ 3.

Maier Shoch LLP

DEFENDANTS' NOTICE OF REMOVAL

LITIGATION/4467691.1

11. Defendant P. Michel Leahy ("Dr. Leahy") is a resident of Colorado. *See* Leahy Decl., ¶ 3.

12. No change of citizenship has occurred since the state court action commenced. Accordingly, diversity of citizenship exists among the parties.

### IV.    AMOUNT IN CONTROVERSY

13. Plaintiffs' Complaint seeks declaratory relief related to the non-compete/ non-solicitation provision in Dr. Gatsinaris' contract with ARTCS; an injunction mandating Defendants to certify Plaintiffs in a chiropractic technique patented and trademarked by Defendants, and an unspecified amount of money damages. *See* Exhibit B (Complaint), p. 15.

14. "In actions seeking declaratory or injunctive relief, it is well established that the amount in controversy is measured by the value of the object of the litigation." *Cohn v. Petsmart, Inc.,* 281 F.3d 837, 840 (9th Cir. 2002). Concurrently with their Complaint, Plaintiffs filed an application for a preliminary injunction in which they asserted that the value of the injunctive and declaratory relief that they seek is approximately $250,000 per month. *See* Exhibit C (Application For Temporary Restraining Order and Order to Show Cause re Preliminary Injunction), pp. 2-3. Further, as stated in the declaration of Defendant P. Michael Leahy, the injunctive and declaratory relief sought by Plaintiffs, which includes invalidation of a non-compete/non-solicitation provision in the parties' contract, would damage Defendants by at least $1,000,000 in profits. *See* Leahy Decl., ¶ 5.

4

Maier Shoch LLP

LITIGATION/4467691.1

15.     In addition to the requests for declaratory relief and injunctive relief, Plaintiffs' state-court complaint seeks damages for their lost revenue allegedly resulting from Defendants' refusal to certify Plaintiffs in Defendants' chiropractic technique.  Plaintiffs' application for a preliminary injunction reveals that this lost revenue (for which they seek to hold Defendants responsible) is approximately $250,000 per month.  *See* Exhibit C (Application For Temporary Restraining Order and Order to Show Cause re Preliminary Injunction), pp. 2-3.

16.     Accordingly, more than $75,000 is at issue in this case.

## V.     VENUE

17.     Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), Plaintiffs' Complaint is removable to the Central District of California, Southern Division.

## VI.     CONSENT TO REMOVAL

18.     All Defendants consent to removal.

## VII.     NOTICE

19.     Defendants will give notice of the filing of this Notice of Removal to all parties of record pursuant to 28 U.S.C. § 1446(d).  Defendants will also file with the clerk of the state court, and will serve upon Plaintiffs' counsel a notice of the filing of this Notice of Removal.

## VIII.     STATE COURT PLEADINGS

20.     Copies of all state court pleadings and orders are attached to this Notice of Removal as the following corresponding lettered exhibits:

A.   A true and correct copy of Civil Docket Sheet

B.   A true and correct copy of Plaintiffs' Complaint filed on April 28, 2015

C.   A true and correct copy of Plaintiffs' Ex Parte Application For Temporary Restraining Order and Order to Show Cause re Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof; Declaration of Carol A. Gefis.

D.   A true and correct copy of TRO and OSC Re: Preliminary Injunction

E.   Notice of Removal to Plaintiffs served on May 11, 2015 (without exhibit).

## IX.   CONCLUSION

21.   WHEREFORE, Defendants ART Corporate Solutions, Inc. Active Release Techniques, LLC, and Dr. P. Michael Leahy, pursuant to the statutes cited herein and in conformity with the requirements set forth in 28 U.S.C. § 1446, remove this action from the California Superior Court for County of Orange, to this Court.

Dated:  May 11, 2015

MAIER SHOCH LLP
Eric R. Maier


By:_____/s/ Eric R. Maier_____
        Eric R. Maier

Attorneys for Defendants ART CORPORATE SOLUTIONS, INC.; ART LLC; and P. MICHAEL LEAHY

Maier Shoch LLP

6

LITIGATION/4467691.1