JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| VASILI GATSINARIS DC, ET AL,<br><br>Plaintiff(s),<br><br>v<br><br>ART CORPORATE SOLUTIONS INC.,<br><br>Defendant(s) | CASE NO. SA CV 15-0741-DOC (DFMx)<br><br>**ORDER DISMISSING CIVIL CASE** |

The Court having been notified by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon showing of good cause by **December 4, 2015** to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: November 6, 2015